# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

14 SEP 17 PM 2:21

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Larry A. Burns
FROM: D. Sutton                 , Deputy Clerk   RECEIVED DATE: 9/15/2014
CASE NO. ~~14CV0291-LAB-JLB~~  14-cv-1291-LAB-MDD   DOCUMENT FILED BY: Marciana Dollard
CASE TITLE: ~~Clark v. CMRE Financial Services, Inc.~~  Langer v. Bendrum
DOCUMENT ENTITLED: Letter w/Attachments

Upon the submission of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☒ ~~OTHER:~~ Case not closed | Case closed; filer not a party to this action; no provision for acceptance. |

Date Forwarded: 9/15/2014

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 9/16/15            CHAMBERS OF:    The Honorable Larry A. Burns
cc: All Parties           By: Law Clerk 1