# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                Plaintiff,<br>vs.<br><br>MARCIANA NICOLAS-DOLLARD and DOES 1-10,<br><br>                Defendants. | CASE NO. 14cv1291-LAB (JLB)<br><br>**ORDER DISMISSING CASE** |

The Court ordered Plaintiff Chris Langer to show cause why the Court should not grant summary judgment for Defendant Nicolas-Dollard or dismiss Langer's federal claim under the Americans with Disabilities Act ("ADA") for lack of jurisdiction. (Docket no. 15.) On September 29, 2014, Langer responded and conceded that his federal claim was moot. (Docket no. 16.) Langer further agreed that, given the early setting of this case, the Court should decline to exercise supplemental jurisdiction over his pendant state-law claims. (*See id.*) Nicolas-Dollard filed a notice indicating that she did not oppose dismissal. (Docket no. 18 at 3.) Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's ADA claim and declines to exercise supplemental jurisdiction over his pendant state-law claims. 28 U.S.C. §1367(c)(3); *see also* Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED**.

DATED: October 9, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge