Marciana Nicolas-Dollard
2323 N. Hamlin Rd.
Hamlin, NY 14464
October 16, 2014

Mr. Samuel Hamrick, Jr.
United District Court
Southern District of California
333 West Broadway Suite 420
San Diego, California, 92101



NUNC PRO TUNC
10/20/2014

Please find my enclosed letter to Honorable Larry Alan Burns, requesting for my dismissal of ADA suit against me as a defendant Case No. 3:14-CV-0291 LAB -JLB.

Thank you and peace be with you.


Respectfully,

*Marciana Nicolas-Dollard*
Marciana Nicolas- Dollard



MARCIANA NICOLAS-DOLLARD
2323 N. HAMLIN RD.
HAMLIN, NY 14464
TEL. 585-964-2247

E-Mail : marciana.Dollard@frontier.com

SELF DEFENDANT   CASE NO. 3:14-CV-0129-LAB-JLB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER
   PLAINTIFF
ATTY. MARK POTTER, ESQ.

V.

MARCIANA NICOLAS -DOLLARD
SELF DEFENDANT

DEFENDANT' RESPONSE
REQUEST FOR DISMISSAL OF ADA SUIT          CASE NO. 3:14 CV-0129 LAB-JLB

TO THE HONORABLE LARRY ALAN BURNS

REFERENCE :REQUEST FOR DISMISSAL OF ADA SUIT CASE NO. 3:14 CV 0129 LAB-JLB

Dear Sir,

Thank you so much I did received document No. 17 October 14, 2014 and was able to read the Docket Text.

Thank you for your patience and understanding and for correcting or reminding me of the DISCREPANCY on Local Rule 5.1 and Local Rule 7.1 or 47.1 Please accept my sincere apology. Thank you.

I am very pleased that you received my latest document October 8, 2014 and was filed October 9, 2014. Thank you.

I would highly and sincerely and will be a blessing if the Court and the office of Mr. Mark Potter , the Atty. To Mr. Chris Langer, the Plaintiff would favor the Dismissal of the ADA Suit against me as a Defendant. I have presented to the best of my knowledge the true and honest information and evidences in my submitted documents that in our sincere and honest beliefs and opinion that we <u>did not violate the American with Disabilities Act, Unruh Civil Rights Acts, California Disabled Person Act and we did NOT commit any negligence</u>. We will strive to keep the Helix Strip Mall in compliance with the ADA laws and respect the dignities of all persons and the disabled customers who will come to our Strip Mall.

Thank you again for your patience and understanding. Peace!

RESPECTFULLY,

*Marciana Nicolas-Dollard*
MARCIANA NICOLAS-DOLLARD
2323 N. HAMLIN RD.
HAMLIN, NY 14464

DATED: OCTOBER, 16, 2014

DEFENDANT' RESPONSE
REQUEST FOR DISMISSAL OF THE CASE NO. 3:14-CV-0291-LAB-JLB

CHRIS LANGER, PLAINTIFF
MARK POTTER, ESQ.

TO THE HONORABLE LARRY ALAN BURNS

REFERENCE: REQUEST FOR DISMISSAL OF ADA SUIT CASE NO. 3:14 CV 0129 LAB-JLB

Dear Sir,

Thank you so much I did received document No. 17 October 14, 2014 and was able to read the Docket Text.
Thank you for your patience and understanding and for correcting or reminding me of the DISCREPANCY on Local Rule 5.1 and Local Rule 7.1 or 47.1 Please accept my sincere apology. Thank you.

I am very pleased that you received my latest document October 8, 2014 and was filed October 9, 2014. Thank you.

I would highly and sincerely and will be a blessing if the Court and the office of Mr. Mark Potter, the Atty. To Mr. Chris Langer, the Plaintiff would favor the Dismissal of the ADA Suit against me as a Defendant. I have presented to the best of my knowledge the true and honest information and evidences in my submitted documents that in our sincere and honest beliefs and opinion that we did not violate the American with Disabilities Act, Unruh Civil Rights Acts, California Disabled Person Act and we did NOT commit any negligence. We will strive to keep the Helix Strip Mall in compliance with the ADA laws and respect the dignities of all persons and the disabled customers who will come to our Strip Mall.

Thank you again for your patience and understanding. Peace!

Respectfully,

Marciana Nicolas- Dollard
2323 N. Hamlin Rd.
Hamlin, NY 14464

Dated: October 16, 2014


DEFENDANT' RESPONSE
REQUEST FOR DISMISSAL OF THE CASE NO. 3:14-CV-0291-LAB-JLB

CHRIS LANGER, PLAINTIFF
MARK POTTER, ESQ.

MARCIANA NICOLAS- DOLLARD
2323 HAMLIN RD.
HAMLIN, NY 14464
TEL. 585-964- 2247
E-MAIL marciana. Dollard@frontier. Com.
October 17, 2014
FILER


To :U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
Notice of Conventional Filing US Mail
The following transaction was entered on October 17, 2014 at 10:30 AM EST

Case Name: Langer V. Nicolas- Dollard

Case No. 3:14-CV-01291 -LLB-JLB


Notice has been conventionally Mailed US Mail to:

Mark Potter, Esq. For Chris Langer, Plaintiff
CENTER.FOR DISABILITY ACCESS
9845 ERMA RD.
SUITE 300
SAN DIEGO, CALIFORNIA 92131

FILER: MARCIANA NICOLAS-DOLLARD
       2323 N. Hamlin Rd.
       Hamlin, NY 14464