Marciana Nicolas- Dollard
2323 N. Hamlin Rd.
Hamlin NY 14464
October 18, 2014

NUNC PRO TUNC
10/21/14

Mr. Samuel Hamrick Jr.
Clerk of Court
Southern District of California
333 West Broadway Suite 420
San Diego, California 92101



Dear Sir,

Please find my revised enclosed letter and you can discard the letter dated October 16, 2014 in reference to my request for dismissal of ADA suit and for which I did ask a favor from the Honorable Larry Alan Burns and the Office of Mr. Mark Potter Esq.

Thank you for your patience and understanding. Peace !

Respectfully,

*Marciana Nicolas-Dollard*
Marciana Nicolas- Dollard
Defendant: Case No. 3:14 CV-01291-LLB-JLB

```
 1  MARCIANA NICOLAS-DOLLARD
    2323 N. HAMLIN RD.
 2  HAMLIN, NY 14464
    TEL. 585-964-2247
 3  E-MAIL: marciana.dollard@frontier.com
    SELF DEFENDANT
 4  CASE NO. 3:14-CV-01291 LLB-JLB
 5
 6            UNITED STATES DISTRICT COURT
 7            SOUTHERN DISTRICT OF CALIFORNIA
 8
 9
10  CHRIS LANGER
       PLAINTIFF
11  ATTY. MARK POTTER, ESQ.
12
13
14  V.
15
16  MARCIANA NICOLAS-DOLLARD
17  SELF DEFENDANT
18
19
20
    DEFENDANT' RESPONSE:
21  REQUEST FOR DISMISSAL OF ADA SUIT
22  CASE NO. 3:14 CV-01291 LAB -JLB
23
24
25
26
27
28
```

TO THE HONORABLE LARRY ALAN BURNS

REFERENCE: REQUEST FOR DISMISSAL OF ADA SUIT CASE NO. 3:14 CV 01291 LAB-JLB

Dear Sir,

Thank you so much I did receive Document No. 17 October 14, 2014 and was able to read the Docket Text.
Thank you for your patience and understanding and for correcting or reminding me of DISCREPANCY on Local Rule 5.1 and Local Rule 7.1 or 47.1. Please accept my sincere apology. Thank you.
 I am very pleased that you received my latest document October 8, 2014 and was filed on October 9, 2014. Thank you.
I would highly and sincerely appreciate it and will be a blessing if the Court and the Office of Mr. Mark Potter, Esq. Atty. To Mr.Chris Langer, the Plaintiff would favor the dismissal of the ADA suit against me as a defendant. I have presented to the best of my knowledge the true and honest information and evidences in my previously submitted documents that in our sincere and honest beliefs and opinion that we did not violate the American with Disabilities Act, Unruh Civil Rights Acts, California Disabled Person Act and we did not commit any negligence. W e will strive to keep the Helix Center Mall in compliance with the ADA laws and respect the dignities of all persons and the disabled customers who will come to shop to our Helix Center Strip Mall.
 Thank you again for your patience and understanding. Peace!

Respectfully,

*Marciana Nicolas- Dollard*
Marciana Nicolas- Dollard
2323 N. Hamlin Rd.
Hamlin, NY 14464

Dated : October 18, 2014

DEFENDANT' RESPONSE
REQUEST FOR DISMISSAL OF ADA SUIT CASE NO. 3:14 CV-01291 LLB-JLB


CHRIS LANGER, PLAINTIFF
MARK POTTER ESQ.

MARCIANA NICOLAS-DOLLARD
2323 N. HAMLIN RD.
HAMLIN, NY 14464
TEL. 585-964-2247
E-MAIL -marciana.dollard@ frontier. Com.
October 18, 2014
FILER

TO: U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    NOTICE OF CONVENTIONAL FILING US MAIL
    The following transaction was entered on October 18, 2014 at 9:15 AM EST

Case Name: Langer V. Marciana Nicolas- Dollard

Case No. 3:14- CV-01291-LLB-JLB

Filer: Marciana Nicolas -Dollard


NOTICE HAS BEEN CONVENTIONALLY MAILED US MAIL TO:

MARK POTTER, ESQ. FOR CHRIS LANGER, PLAINTIFF
CENTER FOR DISABILITY ACCESS
9845 ERMA RD.
SUITE 300
SAN DIEGO, CALIFORNIA


 FILER: MARCIANA NICOLAS-DOLLARD
       2323. N.HAMLIN RD.
       HAMLIN, NY 14464